# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

MARLYATOU DIALLO *on behalf of herself and others similarly situated*,

*Plaintiff*,

v.

IMMEDIATE CREDIT RECOVERY, INC.,

*Defendant.*

No.: 18-cv-470(KAM)(SJB)

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Joint Motion for Preliminary Approval of Settlement, the Declaration of Daniel A. Schlanger, dated May 28, 2021 (including all exhibits), all other motion papers and all prior pleadings in this action, Plaintiff in the above-referenced action, by and through counsel, will move this Court at the United States Courthouse, of the United State District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201 before the Honorable Kiyo A. Matsumoto, at a date and time to be determined by this Court, for an Order:

i. Granting preliminary approval of the parties' Class Settlement Agreement (the "Settlement Agreement") as fair, reasonable, adequate, and in the best interests of the Settlement Class;

ii. Certifying the Settlement Class as defined in the Settlement Agreement;

iii. Appointing Marlyatou Diallo as the Class Representative;

iv. Appointing Daniel A. Schlanger and Evan S. Rothfarb (of Schlanger Law Group LLP) and Abel L. Pierre (of Law Office of Abel L. Pierre, P.C.) as Class Counsel for the Settlement Class;

v. Approving the parties' proposed Notice and Notice Plan (including the form, content, manner and timing of notice to the settlement class) and authorizing Notice to be distributed in accordance with the Notice Plan;

vi. Approving American Legal Claim Services LLC to serve as the class administrator;

vii. Setting a hearing date for consideration of final approval of the Settlement Agreement pursuant to Fed. R. Civ. P. 23(c)(2) ("the Fairness Hearing") after the Notice period has expired so that the Court can consider any objections to the settlement, approve the Class Settlement, and approve the amount the parties have agreed to with regard to Class Counsel's attorney's fees and costs; and

viii. Granting such other and further relief as may be just and proper.

Dated: May 28, 2021

    Respectfully Submitted,

    */s/ Evan S. Rothfarb*
    Evan S. Rothfarb
    Daniel A. Schlanger
    Schlanger Law Group LLP
    80 Broad Street, Suite 1301
    New York, New York 10004
    T. 212-2500-6114
    F. 646-612-7996
    erothfarb@consumerprotection.net
    dschlanger@consumerprotection.net

    */s/ Abel L. Pierre*
    Abel L. Pierre
    Law Office of Abel L. Pierre, P.C.
    140 Broadway, 46th Floor
    New York City, NY 10005
    T. 212-766-3323
    F. 212-766-3322
    abel@apierrelaw.com

    *Attorneys for Plaintiff*