## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

MARLYATOU DIALLO *on behalf of herself and others similarly situated,*

        *Plaintiff,*

    v.

IMMEDIATE CREDIT RECOVERY, INC.,

        *Defendant.*

No.: 18-cv-470(KAM)(SJB)

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Class Counsel's Motion for Final Approval of Class Action Settlement, the Declaration of Daniel A. Schlanger dated November 30, 2021, the Declaration of American Legal Claim Services, LLC, dated November 23, 2021, and all other supporting papers, Class Counsel hereby moves this Court, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an order granting Class Counsel's Motion for Final Approval of Class Action Settlement.

RESPECTFULLY SUBMITTED AND DATED this 2nd day of December, 2021.

Respectfully Submitted,

*/s/ Daniel A. Schlanger*
Daniel A. Schlanger
Evan S. Rothfarb
Schlanger Law Group LLP
80 Broad Street, Suite 1301
New York, New York 10004
T.  212-2500-6114
F.  646-612-7996
dschlanger@consumerprotection.net

erothfarb@consumerprotection.net

*/s/ Abel L. Pierre*
Abel L. Pierre
Law Office of Abel L. Pierre, P.C.
140 Broadway, 46th Floor
New York City, NY 10005
T.  212-766-3323
F.  212-766-3322
abel@apierrelaw.com

*Class Counsel*